

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EEA
F. #2016R01958

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 22, 2019

By Email and ECF

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: The Item Known And Described As: One Motorola XTL 565 Droid Maxx2 Cellular Phone Serial Number 990006240909332
           Docket No. 16-MJ-815

Dear Judge Bulsara:

      The government respectfully moves for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

                  By:       /s/
                              Erin E. Argo
                              Assistant U.S. Attorney
                              (718) 254-6130

Enclosure

cc:    Clerk of Court (by ECF)

EEA
F.# 2016R01958

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

THE ITEM KNOWN AND DESCRIBED
AS: ONE MOTOROLA XT1 565 DROID
MAXX2 CELLULAR PHONE SERIAL
NUMBER 990006240909332

P R O P O S E D  O R D E R

CR 16-MJ-815

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin E. Argo, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

      WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
        **May 22, 2019**, 2019

                                                  HONORABLE SANKET J. BULSARA
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  EASTERN DISTRICT OF NEW YORK